UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

SARAH DOTY,

        Plaintiff,

  v.

CITY OF SANTA CLARA,

        Defendant.

Case No.: 14-CV-03739-LHK

**CASE MANAGEMENT ORDER**

Plaintiff's Attorney: Stanley Goff
Defendants' Attorneys: Rebecca Widen; Dylan Williams

     An initial case management conference was held on February 25, 2015. A further case management conference is set for June 10, 2015, at 2:00 p.m. The parties shall file their joint case management statement by June 3, 2015.

     The parties are referred to a settlement conference before U.S. Magistrate Judge Maria-Elena James. The deadline to complete mediation is May 26, 2015.

     The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: May 15, 2015

FACT DISCOVERY CUTOFF: September 1, 2015

EXPERT DISCOVERY:
    Opening Reports: September 18, 2015
    Rebuttal Reports: October 2, 2015
    Close of Expert Discovery: October 19, 2015

1

Case No.: 14-CV-03739-LHK
CASE MANAGEMENT ORDER

DISPOSITIVE MOTIONS shall be filed by November 5, 2015, and set for hearing no later than December 17, 2015 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: February 18, 2016, at 1:30 p.m.

JURY TRIAL: March 4, 2016, at 9:00 a.m. Trial is expected to last 5 days.

**IT IS SO ORDERED.**

Dated: February 25, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-03739-LHK
CASE MANAGEMENT ORDER