UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH DOTY,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF SANTA CLARA,<br><br>            Defendant. | Case No. 14-CV-03739-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Stanley Goff
Defendant's Attorney: Rebecca Widen

A case management conference was held on June 10, 2015. A further case management conference is set for September 16, 2015, at 2:00 p.m. The parties shall file their joint case management statement by September 9, 2015.

The parties shall file a Joint Settlement Status Report with this Court by August 24, 2015.

Defendant indicated that Plaintiff has not responded to Defendant's discovery requests, which were served on April 3, 2015. The Court ordered that Defendant's requests for admission were therefore deemed admitted, pursuant to Federal Rule of Civil Procedure 36(a)(3). Moreover, the Court issued an Order to Show Cause why this case should not be dismissed with prejudice for failure to prosecute. Plaintiff must respond to Defendant's April 3, 2015 discovery requests by June 17, 2015. Specifically, Plaintiff must serve substantive responses (not merely objections) to Defendant's interrogatories and produce documents in response to Defendant's requests for production. Failure to do so by June 17, 2015, will result in an order dismissing this case with

1

Case No. 14-CV-03739-LHK
CASE MANAGEMENT ORDER

prejudice for failure to prosecute.  The parties shall file a Joint Discovery Status Report by June 18, 2015.

The case schedule remains as previously set.  For the convenience of the parties, the schedule is set forth below:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: May 15, 2015

DEADLINE TO COMPLETE MEDIATION: September 15, 2015

FACT DISCOVERY CUTOFF: September 1, 2015

EXPERT DISCOVERY:
    Opening Reports: September 18, 2015
    Rebuttal Reports: October 2, 2015
    Close of Expert Discovery: October 19, 2015

DISPOSITIVE MOTIONS shall be filed by November 5, 2015, and set for hearing no later than December 17, 2015 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: February 18, 2016, at 1:30 p.m.

JURY TRIAL: March 4, 2016, at 9:00 a.m.  Trial is expected to last 5 days.

**IT IS SO ORDERED.**

Dated: June 10, 2015

                                            LUCY H. KOH
                                            United States District Judge