UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH DOTY,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>        Defendants. | Case No. 14-CV-03739-LHK<br><br>**ORDER RE: JOINT DISCOVERY STATUS REPORT**<br><br>Re: Dkt. No. 23 |

        Plaintiff Sarah Doty ("Plaintiff") filed a Complaint against the City of Santa Clara and Defendant Officers Does 1 through 50 ("Defendant") on August 18, 2014. ECF No. 1 ("Compl."). Plaintiff's allegations stem from two incidents involving Santa Clara police officers, one on June 18, 2013, at City Hall, and another on December 31, 2013, after Plaintiff called the police in response to hearing her neighbor engage in construction activities after-hours.

        During a case management conference on June 10, 2015, Defendant indicated that Plaintiff had failed to respond to Defendant's discovery requests, which were served on April 3, 2015. ECF No. 22. The Court issued an Order to Show Cause why this case should not be dismissed with prejudice for failure to prosecute and ordered that Plaintiff must serve substantive responses to Defendant's interrogatories and produce documents responsive to Defendant's requests for

production. *Id.* The Court further ordered that "[f]ailure to do so by June 17, 2015, will result in an order dismissing this case with prejudice for failure to prosecute." *Id.* The parties were ordered to file, by June 18, 2015, a Joint Discovery Status Report. *Id.*

On June 18, 2015, the parties filed a Joint Discovery Status Report ("Report"). ECF No. 23. Because Plaintiff responded to Defendant's outstanding interrogatories and requests for production, the Court hereby VACATES its prior Order to Show Cause and will not at this time dismiss with prejudice Plaintiff's case for failure to prosecute. Plaintiff must comply with its discovery obligations or face future dismissal with prejudice for failure to prosecute.

In the "Report," Defendant contends that Plaintiff violated this Court's Order by failing to produce documents, such as her phone or medical records, in response to Defendant's requests for production. *Id.* Although the Court is disappointed that Plaintiff failed to produce these documents, Plaintiff contends that after a diligent search Plaintiff was unable to locate responsive documents. *Id.* The Court cannot Order Plaintiff to produce documents that the Plaintiff does not possess. Plaintiff also stated that "Plaintiff has no problem providing any of the requested documents once in her possession, control and or once they exist and they are in her possession or control." Accordingly, Plaintiff is hereby ORDERED to take prompt and reasonable steps to obtain the requested documents from her medical provider(s) and telephone company and to provide these records to Defendant. Plaintiff will be precluded from relying on any evidence responsive to Defendant's discovery requests that Plaintiff does not timely produce during discovery.

All future discovery disputes shall be presented to Magistrate Judge Lloyd.

**IT IS SO ORDERED.**

Dated: June 22, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 14-CV-03739-LHK
ORDER RE: JOINT DISCOVERY STATUS REPORT

2