UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH DOTY,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF SANTA CLARA,<br><br>             Defendant. | Case No. 14-CV-03739-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Stanley Goff
Defendant's Attorney: Rebecca Widen

     A case management conference was held on September 16, 2015.  A further case management conference is set for December 17, 2015, at 1:30 p.m.  The parties shall file their joint case management statement by December 10, 2015.

     The case schedule remains as previously set.  For the convenience of the parties, the schedule is set forth below:

| Scheduled Event | Date |
|---|---|
| Opening Expert Reports | September 18, 2015 |
| Rebuttal Expert Reports | October 2, 2015 |
| Close of Expert Discovery | October 19, 2015 |

1

Case No. 14-CV-03739-LHK
CASE MANAGEMENT ORDER

| Last Day to File Dispositive Motions (one per side in the entire case) | November 5, 2015 |
|---|---|
| Hearing on Dispositive Motions | December 17, 2015, at 1:30 p.m. |
| Final Pretrial Conference | February 18, 2016, at 1:30 p.m. |
| Trial | March 4, 2016, at 9:00 a.m. |
| Length of Trial | 3 days |

**IT IS SO ORDERED.**

Dated: September 16, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge