UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH DOTY, ) | Case No.: 14-CV-03739-LHK |
| ) | |
| Plaintiff, ) | **ORDER REGARDING EX PARTE** |
| v. ) | **COMMUNICATIONS WITH THE** |
| ) | **COURT** |
| CITY OF SANTA CLARA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On Monday, December 7, 2015, Plaintiff emailed the attached correspondence to the Court via the Courtroom Deputy's email address, LHKCRD@cand.uscourts.gov. This is an ex parte communication with the Court that is prohibited by Civil Local Rule 11-4(c) and will be disregarded as such.

The only email communications that Parties are allowed to have with the Courtroom Deputy are non-substantive scheduling communications and must include opposing counsel.

**IT IS SO ORDERED.**

Dated: December 8, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No: 14-CV-03739-LHK
ORDER REGARDING EX PARTE COMMUNICATIONS WITH THE COURT