UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH DOTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA CLARA,<br><br>　　　　　Defendant. | Case No. 14-CV-03739-LHK<br><br>**ORDER DENYING AS MOOT MOTION TO DISREGARD NOTICE OF APPEAL**<br><br>Re: Dkt. No. 57 |

On January 18, 2016, Plaintiff filed a motion to disregard notice of appeal. ECF No. 57. Based on this motion, it is unclear what relief Plaintiff seeks. To the extent Plaintiff seeks to withdraw her notice of appeal, Plaintiff's request is DENIED as moot. In order to withdraw her notice of appeal, Plaintiff must file the appropriate motion before the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: January 29, 2016

　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge